| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>BISSELL, John W. | 2. Court or Organization<br><br>U.S. District Court<br>District of New Jersy | 3. Date of Report<br><br>May 13, 2005 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)*<br><br>Chief U.S. District Judge | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial **X** Annual ___ Final | 6. Reporting Period<br><br>1/1-12/31-04 |
| 7. Chambers or Office Address<br><br>USPO & Courthouse<br>Federal Square, P.O. Box 999<br>Newark, New Jersey 07101-0999 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

2005 MAY 17 P 2: 57 FINANCIAL DISCLOSURE OFFICE RECEIVED

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| **X** NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| **X** NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE            DESCRIPTION

☐   **NONE** (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | New Jersey State Bar Assoc. | October 31-November 6, 2004 – transportation, meals, |
| 2 | | room, recreation and registration fees for mid-year |
| 3 | | meeting, St. Andrews, Scotland |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page / INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Exxon Mobil | A | Div. | J | T | | | | | |
| Poromac Elec. Power | A | Div. | J | T | | | | | |
| Standard Oil of Cal. (Chevron/Texaco) | A | Div. | J | T | | | | | |
| E.I. Dupont de Nemours | A | Div. | J | T | | | | | |
| American Balanced Fund Class B | A | Div/cg | K | T | | | | | |
| Verizon Communicatons | A | Div. | J | T | | | | | |
| Bell South Corp. | A | Div. | J | T | | | | | |
| Honeywell | A | Div. | J | T | | | | | |
| SBC Communications | A | Div. | J | T | | | | | |
| Pioneer Fund, class C | A | Int. | J | T | | | | | |
| PNC Bank, Wayne, NJ savings account | A | Int. | J | T | | | | | |
| PNC Bank, Wayne, NJ savings account | A | Int. | J | T | | | | | |
| PNC Bank, Wayne, NJ checking account | | None | J | T | | | | | |
| PNC Bank, Wayn,e NJ checking account | | None | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Roll-Over Keogh Plan ~~from prior law practice~~ into IRA # 1 | | | | | | | | | |
| (Items 1- 88 below) | E | Div/cg | M | T | | | | | |
| | | | | | | | | | |
| Accenture Ltd. | | | | | Bought | 12/9 | J | | |
| | | | | | " | 12/10 | J | | |
| | | | | | " | 12/13 | J | | |
| | | | | | Partial Sale | 3/30 | J | A | |
| | | | | | | | | | |
| Alcan, Inc. | | | | | Partial Sale | 12/7 | J | A | |
| | | | | | | | | | |
| Altria Group, Inc. | | | | | Bought | 8/16 | J | | |
| | | | | | " | 9/14 | J | | |
| | | | | | " | 10/21 | J | | |
| | | | | | | | | | |
| American Int'l Group | | | | | Bought | 4/20 | J | | |
| | | | | | Bought | 11/22 | J | | |

1   Income/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
    (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2   Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
    (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3   Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
    (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| American Int'l Group | | | | | Partial Sale | 2/10 | J | A | |
| | | | | | " | 10/15 | J | A | |
| | | | | | | | | | |
| Aon Corp. | | | | | Partial Sale | 1/28 | J | A | |
| | | | | | " | 1/29 | J | A | |
| | | | | | " | 2/3 | J | A | |
| | | | | | Sold | 2/4 | J | A | |
| | | | | | | | | | |
| Automatic Data Proc. | | | | | Partial Sale | 3/9 | J | A | |
| | | | | | Sold | 5/10 | J | A | |
| | | | | | | | | | |
| Avon Prod. Inc. | | | | | Bought | 12/21 | J | | |
| | | | | | | | | | |
| Bank of NY Co. Inc. | | | | | | | | | |
| | | | | | | | | | |
| BP PLC | | | | | Bought | 10/26 | J | | |
| | | | | | Partial Sale | 6/2 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| BP PLC | | | | | Partial Sale | 6/8 | J | A | |
| | | | | | | | | | |
| Bank of America Corp. | | | | | Partial Sale | 1/15 | J | A | |
| | | | | | Buy/Ex | 4/1 | J | | |
| | | | | | | | | | |
| CSX Corp. | | | | | Partial Sale | 1/6 1/6 | J | A | |
| | | | | | " | 1/23 | J | A | |
| | | | | | " | 3/23 | J | | |
| | | | | | " | 4/14 | J | | |
| | | | | | " | 4/15 | J | | |
| | | | | | " | 4/16 | J | | |
| | | | | | Sold | 4/19 | J | | |
| | | | | | | | | | |
| Citigroup, Inc. | | | | | Bought | 4/15 | J | | |
| | | | | | " | 9/21 | J | | |
| | | | | | " | 11/12 | J | | |
| | | | | | " | 11/16 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions  (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Cigna Corp. | | | | | Bought | 7/29 | J | | |
| | | | | | Partial Sale | 9/21 | J | A | |
| | | | | | " | 10/7 | J | A | |
| | | | | | Sold | 10/8 | J | A | |
| | | | | | | | | | |
| Cardinal Health, Inc. | | | | | Partial Sale | 2/4 | J | A | |
| | | | | | " | 2/10 | J | A | |
| | | | | | " | 2/11 | J | A | |
| | | | | | Bought | 1/2 | J | | |
| | | | | | " | 1/13 | J | | |
| | | | | | Partial Sale | 4/26 | J | A | |
| | | | | | Sold | 4/27 | J | A | |
| | | | | | | | | | |
| Chevron/Texaco Corp. | | | | | Bought | 5/24 | J | | |
| | | | | | | | | | |
| Cooper Industries Ltd. | | | | | Partial Sale | 6/2 | J | A | |
| | | | | | " | 6/3 | J | A | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Cooper Industries. Ltd. | | | | | Partial Sale | 6/7 | J | A | |
| | | | | | " | 7/26 | J | A | |
| | | | | | " | 7/29 | J | A | |
| | | | | | Sold | 8/5 | J | A | |
| | | | | | | | | | |
| Cisco Systems Inc. | | | | | Bought | 12/16 | J | | |
| | | | | | | | | | |
| Coca Cola | | | | | Bought | 3/8 | J | | |
| | | | | | Bought | 5/10 | J | | |
| | | | | | | | | | |
| Colgate Palmolive | | | | | Bought | 1/5 | J | | |
| | | | | | " | 11/14 | J | | |
| | | | | | " | 11/30 | J | | |
| | | | | | Partial Sale | 4/26 | J | A | |
| | | | | | | | | | |
| Cooper Cameron Corp. | | | | | Bought | 4/19 | J | | |
| | | | | | " | 4/20 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Cooper Cameron Corp. | | | | | Bought | 4/21 | J | | |
| 19 | | | | | " | 5/5 | J | | |
| 20 | | | | | " | 5/7 | J | | |
| 21 | | | | | " | 5/10 | J | | |
| 22 | | | | | " | 5/18 | J | | |
| 23 | | | | | " | 11/4 | J | | |
| 24 | | | | | Partial Sale | 9/27 | J | A | |
| 25 | | | | | " | 9/28 | J | A | |
| 26 | | | | | | | | | |
| 27 Dupont | | | | | Partial Sale | 2/27 | J | A | |
| 28 | | | | | Sold | 4/5 | J | A | |
| 29 | | | | | | | | | |
| 30 Dow Chemical | | | | | Bought | 7/21 | J | | |
| 31 | | | | | " | 7/22 | J | | |
| 32 | | | | | | | | | |
| 33 Diageo PLC | | | | | Bought | 5/18 | J | | |
| 34 | | | | | " | 5/19 | J | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Exxon Mobil | | | | | | | | | |
| | | | | | | | | | |
| Entergy Corp. | | | | | Bought | 2/13 | J | | |
| | | | | | | | | | |
| Echostar Comm. Co. | | | | | Bought | 6/4 | J | | |
| | | | | | | | | | |
| Emerson Elec. Co. | | | | | Bought | 5/4 | J | | |
| | | | | | " | 5/10 | J | | |
| | | | | | " | 6/28 | J | | |
| | | | | | " | 6/29 | J | | |
| | | | | | " | 7/23 | J | | |
| | | | | | | | | | |
| First Data Corp. | | | | | Sold | 1/30 | J | A | |
| | | | | | | | | | |
| FPL Group, Inc. | | | | | Partial Sale | 4/23 | J | A | |
| | | | | | " | 5/10 | J | | |
| | | | | | Sold | 5/11 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| First Energy Corp. | | | | | Partial Sale | 6/21 | J | A | |
| | | | | | " | 6/22 | J | A | |
| | | | | | Sold | 6/23 | J | A | |
| | | | | | | | | | |
| Freddie Mac | | | | | Bought | 1/5 | J | | |
| | | | | | " | 3/16 | J | | |
| | | | | | | | | | |
| Federated Dept. Stores | | | | | Bought | 8/17 | J | | |
| | | | | | " | 10/26 | J | | |
| | | | | | " | 10/27 | J | | |
| | | | | | | | | | |
| Fleet Boston Fin. (Exchange for shares in Bank of America) | | | | | Sold/Ex. | 4/1 | J | A | |
| | | | | | | | | | |
| General Electric | | | | | Bought | 4/23 | J | | |
| | | | | | " | 4/27 | J | | |
| | | | | | Sold | 10/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g, div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| General Mills | | | | | Bought | 10/5 | J | | |
| | | | | | " | 10/6 | J | | |
| | | | | | " | 10/7 | J | | |
| | | | | | | | | | |
| Hewlett Packard | | | | | Bought | 1/8 | J | | |
| | | | | | " | 1/20 | J | | |
| | | | | | " | 1/24 | J | | |
| | | | | | Partial Sale | 11/17 | J | A | |
| | | | | | " | 12/6 | J | A | |
| | | | | | " | 12/7 | J | A | |
| | | | | | | | | | |
| Home Depot | | | | | Bought | 1/16 | | | |
| | | | | | " | 1/20 | | | |
| | | | | | " | 5/12 | | | |
| | | | | | Partial Sale | 11/16 | J | A | |
| | | | | | " | 11/19 | J | A | |
| | | | | | | | | | |

1.  Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
    (See Col. B1, D4)  F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2.  Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000
    (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3.  Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
    (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Honeywell Int'l Inc. | | | | | Bought | 2/23 | J | | |
| | | | | | " | 2/24 | J | | |
| | | | | | " | 11/19 | J | | |
| | | | | | Partial Sale | 7/27 | J | A | |
| | | | | | " | 12/2 | J | A | |
| | | | | | | | | | |
| HCA, Inc. | | | | | Partial Sale | 3/18 | J | A | |
| | | | | | " | 3/24 | J | A | |
| | | | | | Sold | 3/25 | J | A | |
| | | | | | | | | | |
| IBM | | | | | | | | | |
| | | | | | | | | | |
| ITT | | | | | Bought | 7/23 | J | | |
| | | | | | " | 8/30 | J | | |
| | | | | | " | 8/31 | J | | |
| | | | | | " | 9/9 | J | | |
| | | | | | " | 1/23 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ITT | | | | | Bought | 2/4 | J | | |
| | | | | | Partial Sale | 4/6 | J | A | |
| | | | | | | | | | |
| International Paper | | | | | Bought | 12/13 | J | | |
| | | | | | | | | | |
| Interpublic Group | | | | | Bought | 12/13 | J | | |
| | | | | | " | 12/14 | J | | |
| | | | | | | | | | |
| John Hancock Financial | | | | | Partial Sale | 2/25 | J | A | |
| | | | | | " | 3/15 | J | A | |
| | | | | | Sold | 3/16 | J | A | |
| | | | | | | | | | |
| J.P. Morgan Chase | | | | | Bought | 1/6 | J | | |
| | | | | | " | 1/7 | J | | |
| | | | | | " | 1/15 | J | | |
| | | | | | " | 4/7 | J | | |
| | | | | | " | 6/8 | J | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Koninkl, Phil. | | | | | Bought | 12/20 | J | | |
| | | | | | " | 12/21 | J | | |
| | | | | | | | | | |
| Lockheed Martin Corp. | | | | | Bought | 2/3 | J | | |
| | | | | | " | 2/4 | J | | |
| | | | | | " | 2/6 | J | | |
| | | | | | " | 2/23 | J | | |
| | | | | | Partial Sale | 7/13 | J | A | |
| | | | | | " | 7/14 | J | A | |
| | | | | | " | 12/21 | J | A | |
| | | | | | | | | | |
| Liberty Media Corp. | | | | | Sold | 2/25 | J | A | |
| | | | | | | | | | |
| Limited Brands, Inc. | | | | | Bought | 1/2 | J | | |
| | | | | | " | 12/23 | J | | |
| | | | | | Partial Sale | 4/5 | J | A | |
| | | | | | " | 10/7 | J | A | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Liberty Brands, Inc. | | | | | Partial Sale | 12/2 | J | A | |
| | | | | | | | | | |
| Morgan Stanley | | | | | Bought | 4/1 | J | | |
| | | | | | " | 6/9 | J | | |
| | | | | | " | 6/10 | J | | |
| | | | | | Partial Sale | 1/7 1/7 | J | A | |
| | | | | | | | | | |
| McDonald's Corp. | | | | | Partial Sale | 3/5 | J | A | |
| | | | | | " | 3/8 | J | A | |
| | | | | | Sold | 3/9 | J | A | |
| | | | | | | | | | |
| Microsoft Corp. | | | | | Bought | 1/23 | J | | |
| | | | | | " | 3/25 | J | | |
| | | | | | Partial Sale | 11/15 | J | A | |
| | | | | | | | | | |
| MBNA Corp. | | | | | Bought | 5/12 | J | | |
| | | | | | " | 7/23 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 *M* INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 MBNA Corp. | | | | | Bought | 7/27 | J | | |
| 19 | | | | | " | 8/3 | J | | |
| 20 | | | | | " | 12/6 | J | | |
| 21 | | | | | | | | | |
| 22 News Corp. Ltd. | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 Newell Rubbermaid | | | | | Bought | 3/23 | J | | |
| 25 | | | | | " | 7/14 | J | | |
| 26 | | | | | | | | | |
| 27 Northrup Grumman | | | | | Bought | 10/21 | J | | |
| 28 | | | | | Partial Sale | 7/8 | J | A | |
| 29 | | | | | " | 12/13 | J | A | |
| 30 | | | | | " | 12/14 | J | A | |
| 31 | | | | | | | | | |
| 32 Oracle Corp. | | | | | Partial Sale | 1/29 | J | A | |
| 33 | | | | | Sold | 3/23 | J | A | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4).   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Oxford Health Plans | | | | | Bought | 1/28 | J | | |
| | | | | | Partial Sale | 5/12 | J | A | |
| | | | | | " | 6/1 | J | A | |
| | | | | | Sold | 6/2 | J | A | |
| | | | | | | | | | |
| PNC Financial Services | | | | | Partial Sale | 7/16 | J | | |
| | | | | | " | 10/19 | J | | |
| | | | | | Sold | 10/20 | J | | |
| | | | | | | | | | |
| Pepsico, Inc. | | | | | Bought | 9/4 | J | | |
| | | | | | | | | | |
| Pfizer Inc.   Del pv 0/05 | | | | | Bought | 7/20 | J | | |
| | | | | | " | 7/26 | J | | |
| | | | | | " | 11/12 | J | | |
| | | | | | Partial Sale | 4/19 | J | A | |
| | | | | | " | 12/17 | J | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bissell, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Proctor & Gamble | | | | | Bought | 4/28 | J | | |
| | | | | | " | 10/6 | J | | |
| | | | | | " | 10/28 | J | | |
| | | | | | Partial Sale | 1/14 | J | A | |
| | | | | | " | 5/17 | J | A | |
| | | | | | " | 6/9 | J | A | |
| | | | | | | | | | |
| PPG Industries | | | | | Bought | 3/9 | J | | |
| | | | | | " | 3/10 | J | | |
| | | | | | " | 4/5 | J | | |
| | | | | | | | | | |
| PG&E Corp. | | | | | Bought | 5/10 | J | | |
| | | | | | " | 5/11 | J | | |
| | | | | | " | 6/10 | J | | |
| | | | | | " | 6/14 | J | | |
| | | | | | " | 9/2 | J | | |
| | | | | | " | 9/3 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| PG&E Corp. | | | | | Bought | 9/8 | J | | |
| | | | | | | | | | |
| Raytheon Co. | | | | | Partial Sale | 1/2 | J | A | |
| | | | | | " | 1/5 | J | A | |
| | | | | | Sold | 1/6 | J | A | |
| | | | | | | | | | |
| SBC Communications | | | | | Partial Sale | 1/28 | J | A | |
| | | | | | | | | | |
| Sara Lee Corp. | | | | | Partial sale | 4/1 | J | A | |
| | | | | | " | 4/2 | J | A | |
| | | | | | " | 4/5 | J | A | |
| | | | | | " | 5/12 | J | A | |
| | | | | | " | 5/13 | J | A | |
| | | | | | " | 6/1 | J | A | |
| | | | | | " | 6/2 | J | A | |
| | | | | | " | 6/8 | J | A | |
| | | | | | " | 7/20 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Sara Lee Corpo. | | | | | Partial Sale | 10/12 | J | A | |
| | | | | | " | 10/21 | J | A | |
| | | | | | Sold | 10/22 | J | A | |
| | | | | | | | | | |
| Texas Instruments | | | | | Bought | 9/3 | J | | |
| | | | | | | | | | |
| Thermo Electron Corp. | | | | | | | | | |
| | | | | | | | | | |
| Tribune Co. | | | | | Partial Sale | 5/12 | J | A | |
| | | | | | Sold | 11/5 | J | A | |
| | | | | | | | | | |
| Tyco International | | | | | Bought | 9/22 | J | | |
| | | | | | Partial Sale | 1/26 | J | | |
| | | | | | " | 6/8 | J | A | |
| | | | | | | | | | |
| Target Corp. | | | | | Bought | 1/28 | J | | |
| | | | | | " | 7/8 | J | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Target Corp. | | | | | Bought | 8/10 | J | | |
| | | | | | " | 8/11 | J | | |
| | | | | | Partial Sale | 5/26 | J | A | |
| | | | | | " | 5/27 | J | A | |
| | | | | | " | 6/8 | J | A | |
| | | | | | " | 7/23 | J | A | |
| | | | | | Sold | 8/17 | J | A | |
| | | | | | | | | | |
| Time Warner, Inc. | | | | | Bought | 11/5 | J | | |
| | | | | | " | 11/14 | J | | |
| | | | | | " | 11/17 | J | | |
| | | | | | " | 11/21 | J | | |
| | | | | | Partial Sale | 6/10 | J | A | |
| | | | | | | | | | |
| U.S. Bancorp. | | | | | Bought | 3/5 | J | | |
| | | | | | Partial Sale | 7/13 | J | A | |
| | | | | | " | 7/14 | J | A | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 7 ? Unocal Corp. | | | | | Bought | 5/27 | J | | |
| | | | | | Partial Sale | 1/22 | J | A | |
| | | | | | | | | | |
| 79 United Technologies | | | | | Bought | 7/8 | J | | |
| | | | | | " | 9/14 | J | | |
| | | | | | " | 12/2 | J | | |
| | | | | | | | | | |
| 90 Verizon Communications | | | | | Partial Sale | 2/17 | J | | |
| | | | | | " | 10/27 | J | | |
| | | | | | | | | | |
| 9 / Viacom, Inc. | | | | | Bought | 2/10 | J | | |
| | | | | | " | 2/25 | J | | |
| | | | | | " | 9/28 | J | | |
| | | | | | " | 3/19 | J | | |
| | | | | | | | | | |
| 9 2 XL Capital Ltd. | | | | | Bought | 3/19 | J | | |
| | | | | | Partial Sale | 10/19 | J | | |

1  Income/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| XL Capital Ltd. | | | | | Partial Sale | 12/14 | J | A | |
| | | | | | Bought | 3/19 | J | | |
| | | | | | | | | | |
| Williams Cos. (Del.) | | | | | Bought | 10/1 | J | | |
| | | | | | " | 10/5 | J | | |
| | | | | | " | 10/7 | J | | |
| | | | | | " | 10/11 | J | | |
| | | | | | " | 10/12 | J | | |
| | | | | | " | 10/13 | J | | |
| | | | | | " | 10/15 | J | | |
| | | | | | " | 10/18 | J | | |
| | | | | | " | 10/19 | J | | |
| | | | | | Partial Sale | 1/20 | J | A | |
| | | | | | | | | | |
| Wells Fargo & Co. | | | | | Bought | 2/9 | J | | |
| | | | | | | | | | |
| Wachovia Corp. | | | | | Bought | 10/7 | J | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
                    P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VII.  Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Wachovia Corp. | | | | | Bought | 10/8 | J | | |
| 19 | | | | | " | 10/15 | J | | |
| 20 | | | | | " | 10/18 | J | | |
| 21 | | | | | " | 10/20 | J | | |
| 22 | | | | | " | 10/21 | J | | |
| 23 | | | | | " | 12/6 | J | | |
| 24 | | | | | " | 12/7 | J | | |
| 25 | | | | | " | 12/8 | J | | |
| 26 | | | | | " | 12/9 | J | | |
| 27 | | | | | | | | | |
| 28 Wellpoint, Inc. | | | | | Bought | 10/7 | J | | |
| 29 | | | | | " | 10/11 | J | | |
| 30 | | | | | " | 10/19 | J | | |
| 31 | | | | | Partial Sale | 12/1 | J | A | |
| 32 | | | | | " | 12/2 | J | A | |
| 33 | | | | | " | 12/9 | J | A | |
| 34 | | | | | | | | | |

1. Income/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ML Bank USA RASP (money market) | | | | | | | | | |
| | | | | | | | | | |
| Retirement Reserves CL 1 | | | | | | | | | |
| | | | | | | | | | |
| Trust # 1 (Items 1-14 below: | E | Int/ Div/cg | N | T | | | | | |
| 1 NJ State Tpke Auth. Bonds - Mat. 1/12 | | | | | | | | | |
| 2 W Chatham Dist NJ Bd of Ed Bonds - Mat 1/25 | | | | | | | | | |
| 3 Del River Port Auth. Bonds - Mat 1/26 | | | | | | | | | |
| 4 Puerto Rico Commonwealth Pub. Imp. Sa 2001 | | | | | Sold | 5/18 | K | A | |
| Bonds - Mat 1/27 | | | | | | | | | |
| 5 NJ State Tpke Auth Bonds - Mat 1/11 | | | | | | | | | |
| 6 Freehold Twp Bd. of Ed Bonds - Mat 2/31 | | | | | | | | | |
| 7 NJ State Rev. - Jersey City Bonds - Mat. 1/31 | | | | | | | | | |
| 8 Puerto Rico Elec. Pwr. Auth. Bonds - Mat. 7/13 | | | | | | | | | |
| 9 NJ Bldg. Auth. Rev. Bonds - Mat. 12/22 | | | | | | | | | |
| 10 CMA Money Fund | | | | | Closed | 8/23 | J | | |
| 11 U. Med. & Dent. N.J. Bonds - Mat 4/25 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 13, 2005 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| N.J. State Ramapo College - Rev. Bonds - | | | | | | | | | |
| Mat 4/25 | | | | | | | | | |
| ML Bank Deposit Program | | | | | Opened | 8/23 | J | | |
| PNC Bank,,Wayne, N.J. checking account | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| One-sixth interest in income of Trust # 2 | B | Int/ Div | N | T | | | | | |
| comprised of following: | | | | | | | | | |
| (a) Int'l Equity Common Trust Fund | | | | | Sold | 5/3 | K | | |
| (b) Excelsior Int'l Fund | | | | | Bought | 5/4 | K | | |
| (c) General Stock Fund | | | | | | | | | |
| (d) Taxable Bond Fund | | | | | | | | | |
| (e) State Street Bank IMMA Trust | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Life Insurance: | | | | | | | | | |
| 1  Guardian Whole Life | A | Div. | J | T | | | | | |
| 2  Guardian Whole Life | B | Div. | K | T | | | | | |
| 3  Guardian Whole Life | B | Div. | J | T | | | | | |
| 4  Guardian Whole Life | C | Div. | L | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BISSELL, John W. | May 13, 2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII.  **IRA # 1:** All assets are common stocks unless otherwise stated. D4 left blank for stock sales at capital loss per instructions at 52.

VII.  <u>Income Interest in Trust # 2:</u> I have a 1/6 interest only in the income c this trust, with no rights to any eventual distribution of the corpus. My personal distribution appears in Section VII, page 3, item 17.  The value code (N) and the assets listed at subparts (a)-(e) are for the entire trust as a whole.  To preserve their privacy, I have not included the names of or distributions to the other trust beneificaries, none of whom is either my spouse or a dependent child.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date \_\_\_\_May 13, 2005\_\_\_\_

JOHN W. BISSELL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544